CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 14 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No.** 5:26cr19 |
| **v.** | ) | |
| | ) | **In violation of:** |
| **WILLIAM PATRICK BROWN** | ) | |
| | ) | **18 U.S.C. § 875(c) (Interstate threats)** |

**<u>INDICTMENT</u>**

The Grand Jury charges that:

**<u>Introduction</u>**

At all times relevant to this Indictment:

1. WILLIAM PATRICK BROWN ("BROWN") was an inmate at the Northwest Regional Adult Detention Center ("NRADC"), which is located in Frederick County, Virginia, in the Western District of Virginia.

2. Adult Victim ("AV") was a former romantic partner of BROWN's. AV and BROWN have a child in common.

3. Between approximately October through November 2025, BROWN sent AV threatening text messages via a tablet provided to him in NRADC.

4. On or about November 26, 2025, BROWN placed a telephone call to AV that traveled in interstate commerce wherein BROWN threatened to kill AV by stating "I'm gonna kill you."

*USAO# 2026R0001*

**COUNT ONE**

***Threats in Interstate Commerce***

***(18 U.S.C. § 875(c))***

5. Paragraphs 1 through 5 are incorporated as stated herein.

6. On or about November 26, 2025, in the Western District of Virginia, the defendant, WILLIAM PATRICK BROWN, knowingly and willfully did transmit in interstate and foreign commerce from the NRADC in the State of Virginia, through the State of Texas, back into the State of Virginia, a telephone call to AV, and the communication contained a threat to injure AV, specifically, that defendant WILLIAM PATRICK BROWN threatened to kill AV.

7. All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL, this 14 day of October 2026.

/s/FOREPERSON
FOREPERSON

SEAN M. WELSH
ASSISTANT UNITED STATES ATTORNEY